```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 18-00394-RNO
Bernice Williams                                                  Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar             Page 1 of 2              Date Rcvd: Mar 23, 2018
                              Form ID: ntcnfhrg         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db             Bernice Williams,    9217 Westwood Drive,    Tobyhanna, PA 18466-3832
5018049        CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
5018050       +CAPITAL ONE NA,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
5018051        CARE PLUS OXYGEN OF DUNMORE,    2233 E MAIN ST,    MONTROSE, CO 81401-3831
5018053       +CHASE MORTGAGE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
5018054       +COMMERCIAL ACCEPTANCE CORP,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
5018055        COORDINATED HEALTH,    PO BOX 826348,    PHILADELPHIA, PA 19182-6348
5018057       +DR LEONARDS,    PO BOX 2845,    MONROE, WI 53566-8045
5018058        FAMILY CARE CENTERS INC,    PO BOX 827658,    PHILADELPHIA, PA 19182-7658
5018059        FIRST PREMIER,    3820 N LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
5027250       +Figi's Companies Inc.,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
5018060       +HSBC BANK,    PO BOX 9,    BUFFALO, NY 14240-0009
5018063        POCONO MT REGIONAL EMS,    PO BOX 207,    ALLENTOWN, PA 18105-0207
5018064       +ST LUKES,    801 OSTRUM STREET,    BETHLEHEM, PA 18015-1000
5018066      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: TOYOTA FINANCIAL SERVICES,     PO BOX 8026,
                 CEDAR RAPIDS, IA 52409-8026)
5024722       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 23 2018 19:05:23
                 Capital One Auto Finance, a division of Capital On,     4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5018048       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 23 2018 19:08:06
                 BAYVIEW LOAN SERVICING,    CUSTOMER SUPPORT,    4425 PONCE DE LEON BLVD 5TH FL,
                 CORAL GABLES, FL 33146-1837
5018052       +E-mail/Text: bankruptcy@cavps.com Mar 23 2018 19:08:01       CAVALRY PORTFOLIO SERVICE,
                 500 SUMMIT LAKE DRIVE,    SUITE 400,    VALHALLA, NY 10595-2322
5018056        E-mail/PDF: creditonebknotifications@resurgent.com Mar 23 2018 19:05:30       CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
5019849       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 23 2018 19:05:04
                 Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5031250       +E-mail/Text: bankruptcy@cavps.com Mar 23 2018 19:08:01       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5018061        E-mail/Text: cio.bncmail@irs.gov Mar 23 2018 19:07:35       IRS,    CENTRALIZED INSOLVENCY OP,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5018062        E-mail/Text: bkr@cardworks.com Mar 23 2018 19:07:29       MERRICK BANK CORP,    PO BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
5018564       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 19:27:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5027286        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 19:07:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
5018065       +E-mail/Text: bankruptcy@sccompanies.com Mar 23 2018 19:08:26       SWISS COLONY,
                 1515 S 21ST STREET,    CLINTON, IA 52732-6676
5018067       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 23 2018 19:08:11       WEB BANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
James   Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
Vincent   Rubino    on behalf of Debtor 1 Bernice   Williams
 epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
 williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
```
                                                                                        TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Bernice Williams
Debtor(s)

Chapter 13

Case No. 5:18−bk−00394−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 23, 2018 |