UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  BERNICE WILLIAMS            :  CHAPTER 13
        Debtor(s)                  :
                                   :
        CHARLES J. DEHART, III      :
        STANDING CHAPTER 13 TRUSTEE :
        Movant                     :
                                   :
        vs.                        :
                                   :
        BERNICE WILLIAMS            :
        Respondent(s)              :  CASE NO.  5-18-bk-00394


<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

AND NOW, this   19th   day of March, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically, debtor's have excess non-exempt equity in the following:

   a.  Residential real estate

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a.  Deny confirmation of debtor(s) plan.
   b.  Dismiss or convert debtor(s) case.
   c.  Provide such other relief as is equitable and just.

Respectfully submitted:


/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   28th   day of March, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360-0511

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee